# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IVONNE COTTO AND JOCELINE IVETTE COTTO,

    Plaintiffs,

v.                                                Case No. 25-CV-00698-CEH-AAS

AMERICAN STRATEGIC INSURANCE CORP,

    Defendants.

_____

## NOTICE OF SETTLEMENT

**COMES NOW**, the Defendant, AMERICAN STRATEGIC INSURANCE CORP., by and through the undersigned attorney, and hereby gives notice that this matter has been amicably resolved and settled by the parties. A Notice of Voluntary Dismissal with Prejudice will be provided by the Plaintiffs under separate cover.

Dated: January 9, 2026.

                                            Law Offices of Deidrie A. Buchanan
                                            Attorneys for Defendant
                                            By: /s/Ana Cuyar
                                            Ana Cuyar, Esq.
                                            Florida Bar No. 117147
                                            3302 Falkenburg Road South, Ste 100
                                            Riverview, FL 33578
                                            A Building/South305-908-9545
                                            ana_l_cuyar@progressive.com