UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IVONNE COTTO AND JOCELINE
IVETTE COTTO,

    Plaintiffs,

v.                                                                                          Case No: 8:25-cv-00698-CEH-AAS

AMERICAN STRATEGIC
INSURANCE CORP,

    Defendants.

_____

**ORDER**

    The Court has been advised by Defendant's Notice of Settlement (Doc. 22) that the above-styled action has been fully settled. Accordingly, pursuant to Local Rule 3.09(b), M.D. Fla., it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are denied as moot and the Clerk is directed to terminate all deadlines and administratively close the file.

**DONE AND ORDERED** in Tampa, Florida on January 12, 2026.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties, if any